IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWIGHT S. WHETSTONE, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEROME WALSH, et al., | : | |
| Respondents. | : | No. 13-3460 |

FILED
SEP 09 2013

## ORDER

EDUARDO C. ROBRENO, J.

AND NOW, this 9 day of September, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review (1) of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings.

3. Petitioner shall return to federal court within thirty days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO
U.S. DISTRICT COURT JUDGE

(1) No objections having been filed by petitioner or respondents.